IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUN 15 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM A. ARMSTRONG, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 2011- 2156 |
| B. W. PATIENT, JR, | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, WILLIAM A. ARMSTRONG, by his attorneys HELLER, HOLMES & ASSOCIATES, P.C., and for his Complaint says:

1. This is a civil action for damages brought pursuant to the Unites States Constitution and 42 U.S.C. Section 1983 resulting from deprivations, under color of law, of the Plaintiff's rights under the fourth, fifth, sixth and eighth Amendments to the United States Constitution.

2. This Court has jurisdiction over these claims pursuant to Article III, Section 1 of the Constitution and 28 U.S.C. Sections 1331, 1332 and 1343.

3. Venue is properly established in this judicial district pursuant to 28 U.S.C. Section 1391(b). Venue is appropriate because the Defendants reside in this judicial district and the instance complained of occurred in this judicial district.

PARTIES

4. WILLIAM A . ARMSTRONG, the Plaintiff, is a citizen of the United States and a resident of Macon County, Decatur, Illinois.

5. The individual Defendant was at all times relevant to the incidents which are the subject of this lawsuit, a deputy of the Macon County Sheriff's Department. The acts of the Defendant which are the subject of this lawsuit were undertaken in the regular course of his employment for the Macon County Sheriff's Department. He is sued individually. Upon information and belief, the Defendant is a resident of the Macon County.

## FACTS

6. At approximately 4:51 A.M., on September 11, 2009, the Plaintiff was driving eastbound on U.S. Route 36 in Macon County.

7. That at said time and place, the individual Defendant stopped the vehicle at U.S. Route 36 and Esther Avenue without probable cause and approached the driver side window.

8. The Plaintiff exited the truck as he was as his place of residence, 2450 Esther Avenue.

9. The Defendant requested that the Plaintiff return to his vehicle. The Plaintiff then informed the Defendant that he resided at this location. The Defendant then drew his X26 Taser and aimed it at the Plaintiff. The Defendant seized Plaintiff in that he commanded the Plaintiff to return to his vehicle to which the Plaintiff asked why the taser was being aimed at him.

10. The Plaintiff started to return to his vehicle as commanded by the Defendant. The Defendant then placed Plaintiff under arrest and asked him to turn around and place his hands behind is back.

11. Upon the Plaintiff's attempt to comply with the Defendant's instructions to return to the vehicle, the Defendant then deployed his X26 Taser and tased the Plaintiff. Defendant tased Plaintiff to cause him pain and to punish him with due process of law and not to control the situation.

12. That through out the incident, the Plaintiff was unarmed, had no weapon of any kind and did not offer any physical resistance. While the Defendant's squad cars are equipped with video cameras, Defendant intentionally moved Plaintiff out of view of his camera.

13. That as a result of the physical contact aforesaid, the Plaintiff was injured, suffered severe emotional and mental stress, suffered great pain and anguish and continues to suffer mental and emotional distress as the result of this conduct, will in the future suffer pain and mental anguish, and has lost the enjoyment of a normal life.

14. That in addition to the aforesaid, the Defendant, in an attempt to justify his conduct of arresting Plaintiff presented to the State's Attorney charges of resisting/obstructing a peace officer.

COUNT I

15. That at all times relevant herein, the Defendant was acting under color of law and the authority of the Defendant Municipality. At such time, the Defendant officer intentionally and with deliberate indifference to the Plaintiff's rights caused Plaintiff to be deprived of his constitutional rights, including but not limited to those under the fourth, fifth, sixth and eighth Amendments by:

    a. using a degree of force that was unreasonable under the circumstances, and in violation of Plaintiff's rights to be free of an unreasonable seizure under the fourth Amendment;

    b. arresting the Plaintiff without probable cause violating his rights to be free of an unreasonable seizure under the fourth Amendment;

    c. subjecting the Plaintiff to punishment without the benefit of a trial by jury in violation of his rights under the sixth and eighth Amendments; and

    d. depriving the Plaintiff of his liberty by subjecting him to unwarranted and unreasonable restraint on his person without due process in violation of his rights under the fifth Amendment.

## RELIEF REQUESTED

WHEREFORE, the Plaintiff, WILLIAM A. ARMSTRONG, prays that this Court:

1. Award to the Plaintiff compensatory damages in a sum not less than $100,000.00 together with punitive damages of $1,000,000.00 together with attorney's fees and costs as allowed by statute;

2. That this Court award the Plaintiff punitive damages in the amount of $100,000.00;

3. That this Court award Plaintiff such reasonable attorney's fees and costs as are incurred;

4. That this Court grant such other and further relief as this Court deem just and proper.

                          WILLIAM A. ARMSTRONG, Plaintiff

By _____
                Of Heller, Holmes & Associates, P.C.
                      His Attorneys

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Plaintiff hereby demands trial by jury in this action for all issues so triable.

                          WILLIAM A. ARMSTRONG, Plaintiff

By _____
                Of Heller, Holmes & Associates, P.C.
                      His Attorneys

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
PO Box 889
Mattoon IL 61938
Phone: 217-235-2700
Fax: 217-235-0743
c:armstrong17288.complaint/kjs05192011

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

11-2156

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
William A. Armstrong

## DEFENDANTS
B. W. Patient, JR.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Macon__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Macon__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Heller, Holmes & Associates, P.C.
P.O. Box 889
Mattoon, IL 61938
(217) 235-2700

ATTORNEYS (IF KNOWN)

FILED
JUN 15 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. 1983
Civil Rights Violation - Improper Use of Force

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 6/13/11
SIGNATURE OF ATTORNEY OF RECORD: [signature]

UNITED STATES DISTRICT COURT